

*Served 2-19-19*

## Notice of Service of Process

null / ALL
Transmittal Number: 19390884
Date Processed: 02/20/2019

| | |
|---|---|
| **Primary Contact:** | Brian K Barze<br>P&S Transportation, LLC<br>1927 1st Ave N<br>Ste 701<br>Birmingham, AL 35203-4024 |
| **Electronic copy provided to:** | Fred Garrett<br>Stephen Westbrook |
| **Entity:** | Blair Logistics, LLC<br>Entity ID Number 3877409 |
| **Entity Served:** | Blair Logistics, LLC |
| **Title of Action:** | Adel L. Johnson, III vs. Blair Logistics, LLC |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Gallatin County Circuit Court, KY |
| **Case/Reference No:** | 19-CI-00018 |
| **Jurisdiction Served:** | Alabama |
| **Date Served on CSC:** | 02/19/2019 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | KY Secretary of State on 02/08/2019 |
| **How Served:** | Certified Mail |
| **Sender Information:** | Christopher H. Morris<br>502-583-9701 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com



Alison Lundergan Grimes
Secretary of State

**Commonwealth of Kentucky**
**Office of the Secretary of State**

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718

February 14, 2019

BLAIR LOGISTICS, LLC
CORPORATION SERVICE COMPANY INC.
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL 36104


FROM:   SUMMONS DIVISION
        SECRETARY OF STATE

RE:     CASE NO: 19-CI-00018

COURT:  Circuit Court Clerk
        Gallatin County
        PO Box 256
        Warsaw, KY 41095
        Phone: (859) 567-5241

Legal action has been filed against you in the captioned case. As provided under Kentucky law, the legal documents are enclosed.

**Questions regarding this action should be addressed to:**

  (1) **Your attorney, or**
  (2) **The attorney filing this suit whose name should appear on the last page of the complaint, or**
  (3) **The court or administrative agency in which the suit is filed at the clerk's number printed above.**

The Kentucky Secretary of State has NO POWER to make a legal disposition of this case. Your responsive pleadings should be filed with the clerk of the court or agency where the suit is filed and served directly on your opposing party.

No copy of future pleadings need be sent to this office unless you wish us to serve the pleading under a particular statute or rule and pay for said service.

| | | |
|---|---|---|
| AOC-E-105  Sum Code: CI<br>Rev. 9-14<br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br>CR 4.02; Cr Official Form 1 | <br>**CIVIL SUMMONS** | Case #: **19-CI-00018**<br>Court: **CIRCUIT**<br>County: **GALLATIN** |

*Plantiff*, JOHNSON, ADEL L III VS. BLAIR LOGISTICS, LLC, ET AL, *Defendant*

TO: **CORPORATION SERVICE COMPANY INC.**
     **641 SOUTH LAWRENCE STREET**
     **MONTGOMERY, AL 36104**

Memo: Related party is BLAIR LOGISTICS, LLC

RECEIVED
FEB 8 2019
SECRETARY OF STATE

The Commonwealth of Kentucky to Defendant:
**BLAIR LOGISTICS, LLC**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Tammy Trimble*
Gallatin Circuit Clerk
Date: 2/1/2019

---

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 _____

_____
Served By

_____
Title

Summons ID: 144568410545063@00000032744
CIRCUIT: 19-CI-00018 Long Arm Statute – Secretary of State
JOHNSON, ADEL L III VS. BLAIR LOGISTICS, LLC, ET AL



Page 1 of 1

eFiled

Package:000002 of 000006
Presiding Judge: HON. JAMES R. SCHRAND (654281)
Package : 000002 of 000006

Filed          19-CI-00018    02/01/2019        Tammy Trimble, Gallatin Circuit Clerk
A true copy attest  19-CI-00018    02/01/2019        /s/Tammy Trimble, Gallatin Circuit Clerk

CASE NO. 19-CI-00018

GALLATIN CIRCUIT COURT
DIVISION 3
JUDGE Schrand

FILED
FEB - 1 2019
TAMMY TRIMBLE, CLERK
GALLATIN CIRCUIT/DISTRICT COURT

ADEL L. JOHNSON, III                                                                PLAINTIFF
2014 SUFFOLK LANE
INDIANAPOLIS, IN 46260

V.                              **COMPLAINT**

BLAIR LOGISTICS, LLC                                                              DEFENDANTS
1810 AVENUE C
BIRMINGHAM, AL 35218

    SERVE:    KENTUCKY SECRETARY OF STATE
                    700 CAPITAL AVENUE, SUITE 86
                    FRANKFORT, KY 40601

                    AGENT FOR PROCESS:    CORPORATION SERVICE COMPANY INC.
                                                641 SOUTH LAWRENCE STREET
                                                MONTGOMERY, AL 36104

AND

P&S TRANSPORTATION, LLC
1810 AVENUE C
ENSLEY, AL 35218

    SERVE:    KENTUCKY SECRETARY OF STATE
                    700 CAPITAL AVENUE, SUITE 86
                    FRANKFORT, KY 40601

                    AGENT FOR PROCESS:    ROBERT L. PIKE, JR.
                                                1810 AVENUE C
                                                 BIRMINGHAM, AL 35218

AND

CHRISTOPHER COSTA
502 SW 3RD STREET
MULDROW, OK 74948

    SERVE:    KENTUCKY SECRETARY OF STATE
                    700 CAPITAL AVENUE, SUITE 86
                  FRANKFORT, KY 40601

\*\* \*\* \*\* \*\* \*\* \*\*

Filed              19-CI-00018   02/01/2019   Tammy Trimble, Gallatin Circuit Clerk
A true copy attest 19-CI-00018   02/01/2019   /s/Tammy Trimble, Gallatin Circuit Clerk

Comes the Plaintiff, Adel L. Johnson, III, by counsel, and for his cause of action against the Defendants, states as follows:

## PARTIES

1. That Plaintiff, Adel L. Johnson, III, at all times relevant herein, is and was a resident of the State of Indiana.

2. That Defendant, Blair Logistics, LLC (hereinafter "Blair"), at all times relevant herein, is and was a limited liability company authorized and existing under the laws of the State of Nevada, with its principal place of business at 1810 Avenue C, Birmingham, AL 35218. Defendant Blair specializes in over-the-road hauling of goods through the United States, including Kentucky.

3. That Defendant, P&S Transportation, LLC (hereinafter "P&S"), at all times relevant herein, is and was a limited liability company authorized and existing under the laws of the State of Alabama, with its principal place of business at 1810 Avenue C, Ensley, AL 35218. Defendant P&S specializes in over-the-road hauling of goods through the United States, including Kentucky.

4. That Defendant, Christopher Costa (hereinafter "Costa"), at all times relevant herein, was a resident of the State of Oklahoma, with a last known address of 502 SW 3rd Street, Muldrow, OK 74948.

5. That at all times relevant herein, the Defendants had an agency relationship with the other Defendants.

## FACTS

6. That on or about May 9, 2017, at approximately 2:06 p.m., Plaintiff, Adel L. Johnson, III, was parked in a Love's Truck Stop located at 499 Loves Drive in Sparta, Gallatin County, Kentucky, when Defendant Costa, who was then and there acting in his individual

-2-

Filed              19-CI-00018   02/01/2019   Tammy Trimble, Gallatin Circuit Clerk
A true copy attest 19-CI-00018   02/01/2019   /s/Tammy Trimble, Gallatin Circuit Clerk

Filed                  19-CI-00018     02/01/2019        Tammy Trimble, Gallatin Circuit Clerk
A true copy attest     19-CI-00018     02/01/2019        /s/Tammy Trimble, Gallatin Circuit Clerk

capacity, and as an agent, employee, servant, representative, assign, and/or contractor (hereinafter collectively "Agents") of the other Defendants, negligently and carelessly collided his tractor-trailer into the Plaintiff's vehicle, causing serious personal injuries to him.

7. Under the dangerous instrumentality doctrine, an owner who gives authority to another to operate the owner's vehicle, by either express or implied consent, has a nondelegable obligation to ensure that the vehicle is operated safely.

8. That the Defendants' actions, or lack thereof, with respect to the hiring, retention, contracting, use, and/or establishment of an agency relationship with the Defendant Costa or any other entity for which they served as Agents constituted negligent hiring, entrustment, retention, and/or supervision, as well as made them vicariously liable.

9. That Defendants knew, or should have known, that they and their Agents had to follow all applicable statutes and regulations.

10. That Defendants knew, or should have known, to implement policies and procedures to ensure their Agents had to follow all applicable statutes and regulations.

11. That Defendants knew, or should have known, to act reasonably under similar circumstances for the transport of goods over the road and across state lines.

12. That Defendants failed to implement, publish, or otherwise convey policies and procedures to its Agents.

13. That the negligence of the Defendants, individually and collectively, and/or as an Agent within the course and scope of their agency with the other Defendants, was a substantial factor in causing Plaintiff, Adel L. Johnson, III, to sustain property damage to his vehicle, painful and permanent injuries to his body, to incur medical expenses, past and future, to lose time and income from his employment, to incur the permanent impairment of his power to labor and earn money, and to incur pain and suffering, both body and mind, from the time of the incident to the

-3-

Filed                  19-CI-00018     02/01/2019        Tammy Trimble, Gallatin Circuit Clerk
A true copy attest     19-CI-00018     02/01/2019        /s/Tammy Trimble, Gallatin Circuit Clerk

Package:000005 of 000006
Presiding Judge: HON. JAMES R. SCHRAND (654281)
Package : 000005 of 000006

Filed                 19-CI-00018    02/01/2019    Tammy Trimble, Gallatin Circuit Clerk
A true copy attest    19-CI-00018    02/01/2019    /s/Tammy Trimble, Gallatin Circuit Clerk

present and in the future, all of which is in excess of the minimal jurisdictional limits of this Court.

14. That the actions of each Defendant, collectively and individually, constituted willful and wanton disregard, and/or gross negligence warranting punitive damages in this matter.

WHEREFORE, Plaintiff demands:

1. Judgment against the Defendants, individually and collectively, in a sum which will fairly and reasonably compensate the Plaintiff for damages above alleged;

2. Pre-judgment and post-judgment interest;

3. Reasonable costs and expenses, including attorneys' fees;

4. Punitive damages;

5. Any and all other relief to which Plaintiff may appear entitled;

6. A trial by jury.

Respectfully submitted,

HARGADON, LENIHAN & HERRINGTON, PLLC

CHRISTOPHER H. MORRIS
231 BRECKENRIDGE LANE, SUITE 201
LOUISVILLE, KY 40207
PHONE: (502) 583-9701
FAX:    (502) 589-1144
EMAIL:  morris@hlhinjury.com
*Counsel for Plaintiff*

-4-

Filed                 19-CI-00018    02/01/2019    Tammy Trimble, Gallatin Circuit Clerk
A true copy attest    19-CI-00018    02/01/2019    /s/Tammy Trimble, Gallatin Circuit Clerk

7018 0680 0000 4236 7121

BLAIR LOGISTICS, LLC
CORPORATION SERVICE COMPANY INC.
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL 36104




Kentucky UNBRIDLED SPIRIT
ALISON LUNDERGAN GRIMES
SECRETARY OF STATE
P.O. Box 718
Frankfort, Kentucky 40602-0718
☑ REGISTER TO VOTE